**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6878**

RICHARD M. FONDA, a/k/a Tara Oriel Star,

Plaintiff - Appellant,

v.

D.B. EVERETT, Warden; JOHN DOE DIPIETRO, Lieutenant; Y.
ROGERS, Captain; F. ROACH, Unit Manager; JOHN DOE NICHOLS,
Officer; JOHN DOE POWELL, Officer; JANE DOE HILL, Officer;
M.D. BENJAMIN ULEP; DAVID ROBINSON, Regional Director,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Liam O'Grady, District
Judge.  (1:08-cv-00082-JCC-TRJ)

Submitted:  November 13, 2008      Decided:  November 19, 2008

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard M. Fonda, Appellant Pro Se.  Banci Enga Tewolde,
Assistant Attorney General, Richmond, Virginia; Elizabeth Martin
Muldowney, RAWLS & MCNELIS, PC, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard M. Fonda appeals the district court's orders dismissing his civil action for failure to comply with the in forma pauperis consent form and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fonda v. Everett, No. 1:08-cv-00082-JCC-TRJ (E.D. Va. Apr. 7, 2008; filed May 13, 2008 & entered May 14, 2008). We deny Fonda's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED